United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                      Case No. 19-05276-RNO
Michael Francis Barhight                           Chapter 13
Jennifer Eileen Barhight
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                    Page 1 of 2
Date Rcvd: Dec 09, 2020               Form ID: trc                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5304207 | + | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020                       Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Michael Francis Barhight MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Jennifer Eileen Barhight MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Mario John Hanyon | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| Rebecca Ann Solarz | |

on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

William E. Craig

on behalf of Creditor Hyundai Motor Finance  Administrator for Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-05276-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael Francis Barhight<br>160 Reliance Dr<br>Wilkes Barre PA 18702-1641 | Jennifer Eileen Barhight<br>160 Reliance Dr<br>Wilkes Barre PA 18702-1641 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/08/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 20: First National Bank, 4140 E State Street, Hermitage, PA 16148 | PERITUS PORTFOLIO SERVICES LLC<br>PO BOX 141419<br>Irving, Tx 75014-1419<br>PERITUS PORTFOLIO SERVICES LLC<br>PO BOX 141419<br>Irving, Tx 75014-1419 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/11/20

Terrence S. Miller
**CLERK OF THE COURT**