## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MICHAEL FRANCIS BARHIGHT
          AKA: MICHAEL F. BARHIGHT, MICHAEL
          BARHIGHT
          JENNIFER EILEEN BARHIGHT
          AKA: JENNIFER E. BARHIGHT, JENNIFER
          BARHIGHT
               Debtor(s)

                                          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
               Movant                  CASE NO: 5-19-05276-HWV

         vs.

MICHAEL FRANCIS BARHIGHT
AKA: MICHAEL F. BARHIGHT, MICHAEL
BARHIGHT   JENNIFER EILEEN BARHIGHT
AKA: JENNIFER E. BARHIGHT, JENNIFER
BARHIGHT
               Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on May 5, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   May 5, 2021               Respectfully submitted,

                                      /s/   Agatha R. McHale, Esquire
                                      ID:  47613
                                      Attorney for Movant
                                      Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      Phone:  (717) 566-6097
                                      Fax:  (717) 566-8313
                                      eMail:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MICHAEL FRANCIS BARHIGHT
           AKA: MICHAEL F. BARHIGHT,
           MICHAEL BARHIGHT
           JENNIFER EILEEN BARHIGHT
           AKA: JENNIFER E. BARHIGHT,      CHAPTER 13
           JENNIFER BARHIGHT

                Debtor(s)           CASE NO: 5-19-05276-HWV

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

           June 3, 2021 at 09:30 AM
           U.S. Bankruptcy Court
           Max Rosenn U.S. Courthouse
           197 S. Main Street
           Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

        **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 1500.00**
        **AMOUNT DUE FOR THIS MONTH: $750.00**
        **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2250.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
        **JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to

be applied.

2.     You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.     You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  May 5, 2021

eMail:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MICHAEL FRANCIS BARHIGHT
AKA: MICHAEL F. BARHIGHT,
MICHAEL BARHIGHT
JENNIFER EILEEN BARHIGHT      CHAPTER 13
AKA: JENNIFER E. BARHIGHT,
JENNIFER BARHIGHT

         Debtor(s)          CASE NO: 5-19-05276-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
     Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 5, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

JASON P PROVINZANO, ESQUIRE          UNITED STATES TRUSTEE
LAW OFFICES OF JASON P PROVINZANO LLC      SUITE 1190
16 W NORTHAMPTON STREET             228 WALNUT STREET
WILKES-BARRE, PA 18701-1708           HARRISBURG, PA 17101

Served by First Class Mail

MICHAEL FRANCIS BARHIGHT
JENNIFER EILEEN BARHIGHT
160 RELIANCE DR
WILKES BARRE, PA 18702-1641

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 5, 2021          Bobbie Weigel
                         for Jack N. Zaharopoulos, Trustee
                         Suite A, 8125 Adams Dr.
                         Hummelstown, PA 17036
                         Phone: (717) 566-6097
                         eMail: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   MICHAEL FRANCIS BARHIGHT
           AKA: MICHAEL F. BARHIGHT,
           MICHAEL BARHIGHT
           JENNIFER EILEEN BARHIGHT
           AKA: JENNIFER E. BARHIGHT,
           JENNIFER BARHIGHT

                                CHAPTER 13

           Debtor(s)

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                Movant                CASE NO: 5-19-05276-HWV

           vs.

           MICHAEL FRANCIS BARHIGHT      MOTION TO DISMISS
           AKA: MICHAEL F. BARHIGHT,
           MICHAEL BARHIGHT
           JENNIFER EILEEN BARHIGHT
           AKA: JENNIFER E. BARHIGHT,
           JENNIFER BARHIGHT

## **ORDER DISMSSING CASE**

       Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.